UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLAN GONCALVES DA SILVA,  )<br>     Petitioner,  )<br> )<br>v.  )<br> )<br>TIMOTHY BAPTISTE, *Supervisory ICE Officer*,  )<br>PATRICIA HYDE, *Acting Field Office Director,*  )<br>*Immigration and Customs Enforcement, Boston,*  )<br>TODD LYONS, *Acting Director of U.S.*  )<br>*Immigration and Customs Enforcement*,  )<br>KRISTI L. NOEM, *Secretary of the U.S.*  )<br>*Department of Homeland Security* and  )<br>MICHAEL KROL, *HSI New England Special*  )<br>*Agent in Charge*,  )<br>     Respondents.  ) | CIVIL ACTION NO.<br>25-12754-BEM |

## **FINAL JUDGMENT**

MURPHY, D.J.

     In accordance with this Court's Order (ECF #9) issued on October 30, 2025, denying the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Respondents against the Petitioner.

                                            BY THE COURT,

                                            */s/ Barbara I. Beatty*
                                            _____
DATED:  October 30, 2025                     Deputy Clerk